Before the Second Division, January 7, 1958

**No. 61442.**—L. Shank & Co. and Geo. S. Bush & Co., Inc. v. United States, protest 544828–G (Portland, Oreg.).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the shipment consists of rags used chiefly for papermaking and that the rags are similar in all material respects to those the subject of Abstract 60200, the claim of the plaintiffs was sustained as to said 20 percent of the merchandise.

**No. 61443.**—Melville Boyd, Trustee for Arthur Doniger Paper Co., Inc., et al. v. United States, protests 255282–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *John J. Coates Co. et al.* v. *United States* (44 C. C. P. A. 97, C. A. D. 643), the claim of the plaintiffs was sustained.

**No. 61444.**—Chanticleer Co., Inc. v. United States, protest 295960–K (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of four-color prints the same in all material respects as those the subject of Abstract 60598, the claim of the plaintiff was sustained.